**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------

**UNITED STATES OF AMERICA,**

       - against -                          **02 Cr. 1588 (JGK)**
                                                **00 Cr. 0628 (JGK)**

**ALLEN Z. WOLFSON,**

                                          **MEMORANDUM OPINION AND**
               **Defendant.**               **ORDER**
-----------------------------------

**JOHN G. KOELTL, District Judge:**

    The defendant, having served somewhat more than one year of his three year term of supervised release, moves for early termination of his term of supervised release. The ostensible reason for the request is that the defendant is finding it difficult to survive in New York and he seeks to move to another country where the cost of living is lower.

    However, the defendant has not demonstrated any changed circumstances that indicate that the original term of supervised release was not appropriate. The defendant has also not demonstrated any exceptional circumstances to warrant an early termination of supervised release. See United States v. Lussier, 104 F.3d 32, 35-36 (2d Cir. 1997). The term of supervised release was and is appropriate given the seriousness of the defendant's crimes and his need for supervision. He has not demonstrated that there is no continuing need for supervision to assure that the defendant does not engage in further criminal activity.

The application for an early termination of supervised release is denied, without prejudice to raising such a request at a future time.

SO ORDERED.

Dated: New York, New York
November 29, 2011

_____
John G. Koeltl
United States District Judge